HAYES P. HYDE (SBN 308031)
HHyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Phone: +1 415 733 6000

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice* application pending)
JBock@goodwinlaw.com
JLempel@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Phone: +1 617 570 1000

BRIAN T. BURGESS (*pro hac vice* application pending)
BBurgess@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000

Attorneys for Plaintiffs
ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; JOHN EISENHUT, SUSAN SHAHEEN, JOHN R. BALMES, DIANE TAKVORIAN, BILL QUIRK, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, V. MANUEL PEREZ, ERIC GUERRA, NORA VARGAS, TANIA PACHECO-WERNER, GIDEON KRACOV, HENRY STERN, and EDUARDO GARCIA, in their official capacities as members of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California<br><br>Defendants. | Case No. 2:23-cv-01154-JAM-JDP<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 1, 2023<br>Time: 1:30 pm<br>Courtroom: 6 (14th Floor)<br>Judge: Hon. John A. Mendez |

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 1, 2023, at 1:30 pm, or as soon thereafter as the matter may be heard, Plaintiffs Association of American Railroads ("AAR") and American Short Line and Regional Railroad Association ("ASLRRA") (collectively, "Plaintiffs") will and hereby do move for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and Civil L.R. 65-2 against Defendants LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; JOHN EISENHUT, SUSAN SHAHEEN, JOHN R. BALMES, DIANE TAKVORIAN, BILL QUIRK, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, V. MANUEL PEREZ, ERIC GUERRA, NORA VARGAS, TANIA PACHECO-WERNER, GIDEON KRACOV, HENRY STERN, and EDUARDO GARCIA, in their official capacities as members of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California (collectively, "Defendants").

Plaintiffs also request additional time for oral argument given the complexity of the issues raised by this motion, which raises challenges to a regulation issued by the California Air Resources Board based on federal preemption and violations of the U.S. Constitution. Plaintiffs respectfully submit that an allocation of two (2) hours of total argument time for the motion would be appropriate.

Plaintiffs' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed declarations from members of Plaintiffs AAR and ASLRRA, all documents in the Court's file, and other such written and oral argument as may be presented to the Court.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: June 20, 2023 | By:  /s/ *Hayes P. Hyde* |
| 3 | | HAYES P. HYDE (SBN 308031) |
| | | *HHyde@goodwinlaw.com* |
| 4 | | **GOODWIN PROCTER LLP** |
| | | Three Embarcadero Center, 28TH Floor |
| 5 | | San Francisco, CA 94111 |
| | | Phone:  +1 415 733 6000 |

BRIAN T. BURGESS (*pro hac vice* application pending)
*BBurgess@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000

JESSE LEMPEL (*pro hac vice* application pending)
**GOODWIN PROCTER LLP**
*JBock@goodwinlaw.com*
*JLempel@goodwinlaw.com*
100 Northern Avenue
Boston, MA 02210
Phone:  +1 617 570 1000

Attorneys for Plaintiffs
ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION

# CERTIFICATE OF SERVICE

I hereby certify that, on June 21, 2023, I will deliver to FedEx, an express service carrier, a true copy of the Notice of Motion and Plaintiffs' Motion for Preliminary Injunction, along with the accompanying documents, to be delivered to Defendants at the addresses below, with fees for overnight delivery paid or provided:

LIANE M. RANDOLPH
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

JOHN EISENHUT
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

SUSAN SHAHEEN
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

JOHN R. BALMES
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

DIANE TAKVORIAN
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

BILL QUIRK
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

DEAN FLOREZ
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

HECTOR DE LA TORRE
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

DAVINA HURT
CARB Sacramento Headquarters
1001 "I" Street
Sacramento, CA 95814

1  V. MANUEL PEREZ
   CARB Sacramento Headquarters
2  1001 "I" Street
   Sacramento, CA 95814
3

4  ERIC GUERRA
   CARB Sacramento Headquarters
5  1001 "I" Street
   Sacramento, CA 95814
6

7  NORA VARGAS
   CARB Sacramento Headquarters
   1001 "I" Street
8  Sacramento, CA 95814

9  TANIA PACHECO-WERNER
   CARB Sacramento Headquarters
10 1001 "I" Street
   Sacramento, CA 95814
11

12 GIDEON KRACOV
   CARB Sacramento Headquarters
13 1001 "I" Street
   Sacramento, CA 95814
14

15 HENRY STERN
   CARB Sacramento Headquarters
   1001 "I" Street
16 Sacramento, CA 95814

17
   EDUARDO GARCIA
18 CARB Sacramento Headquarters
   1001 "I" Street
19 Sacramento, CA 95814

20 STEVEN S. CLIFF
   CARB Sacramento Headquarters
21 1001 "I" Street
   Sacramento, CA 95814
22

23 ROB BONTA
   1300 "I" Street
24 Sacramento, CA 95814

                                        */s/ Hayes P. Hyde*
25                                      HAYES P. HYDE (SBN 308031)
                                        *HHyde@goodwinlaw.com*
26                                      **GOODWIN PROCTER LLP**
                                        Three Embarcadero Center, 28TH Floor
27                                      San Francisco, CA 94111
                                        Phone:  +1 415 733 6000
28

---

NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PI                    CASE NO. 2:23-cv-01154-JAM-JDP

4