HAYES P. HYDE (SBN 308031)
HHyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone: +1 415 733 6000
Fax: +1 415 677 9041

BRIAN T. BURGESS (*pro hac vice*)
BBurgess@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000

Attorneys for Plaintiffs:
ASSOCIATION OF AMERICAN RAILROADS and
AMERICAN SHORT LINE AND REGIONAL
RAILROAD ASSOCIATION

[*Additional counsel listed in signature block*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; JOHN EISENHUT, SUSAN SHAHEEN, JOHN R. BALMES, DIANE TAKVORIAN, BILL QUIRK, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, V. MANUEL PEREZ, ERIC GUERRA, NORA VARGAS, TANIA PACHECO-WERNER, GIDEON KRACOV, HENRY STERN, and EDUARDO GARCIA, in their official capacities as members of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California<br><br>Defendants. | Case No. 2:23-cv-01154-JAM-JDP<br><br>**STIPULATION AND ORDER TO WAIVE SERVICE AND SET DEADLINE FOR RESPONSIVE PLEADINGS**<br><br>Judge:    Hon. John A. Mendez |

Plaintiffs ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION (collectively, "Plaintiffs") and Defendants LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; JOHN EISENHUT, SUSAN SHAHEEN, JOHN R. BALMES, DIANE TAKVORIAN, BILL QUIRK, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, V. MANUEL PEREZ, ERIC GUERRA, NORA VARGAS, TANIA PACHECO-WERNER, GIDEON KRACOV, HENRY STERN, and EDUARDO GARCIA, in their official capacities as members of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint in this matter on June 16, 2023.  ECF No. 1.
2. Plaintiffs served Attorney General Rob Bonta on June 16, 2023.
3. The remaining Defendants agree to waive service of process of Plaintiffs' Complaint.
4. Defendants retain all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, except for objections to the absence of a summons or of service.
5. The Parties agree that all Defendants, including Attorney General Rob Bonta, will file and serve their response(s) to the Complaint by **August 21, 2023.**

Respectfully submitted,

Dated: June 28, 2023

By: /s/ *Hayes P. Hyde*
HAYES P. HYDE (SBN 308031)
HHyde@goodwinlaw.com
BRIAN T. BURGESS (*pro hac vice*)
BBurgess@goodwinlaw.com
GOODWIN PROCTER LLP

JORDAN F. BOCK (SBN 321477)
jbock@goodwinlaw.com
JESSE LEMPEL (*pro hac vice*)
jlempel@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Phone: +1 617 570 1000

*Attorneys for Plaintiffs*

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ *Elaine Meckenstock*
M. ELAINE MECKENSTOCK (SBN 268861)
Deputy Attorney General
California Department of Justice
1515 Clay Street, 20th Floor
Oakland, California 94612
(510) 879-0299
Elaine.Meckenstock@doj.ca.gov

DYLAN K. JOHNSON (SBN 280858)
Deputy Attorney General
California Department of Justice
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 738-9535
Dylan.Johnson@doj.ca.gov

MICHAEL S. DORSI (SBN 281865)
Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000

San Francisco, CA 94102
(415) 510-3802
Michael.Dorsi@doj.ca.gov

NATALIE COLLINS (SBN 338348)
Deputy Attorney General
California Department of Justice
1300 I Street
Sacramento, CA 95814
(916) 210-7814
Natalie.Collins@doj.ca.gov

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED**.

Dated: June 28, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE