HAYES P. HYDE (SBN 308031)
HHyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone: +1 415 733 6000
Fax: +1 415 677 9041

BRIAN T. BURGESS (*pro hac vice*)
BBurgess@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000

Attorneys for Plaintiffs:
ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION

[*Additional counsel listed in signature block*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; JOHN EISENHUT, SUSAN SHAHEEN, JOHN R. BALMES, DIANE TAKVORIAN, BILL QUIRK, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, V. MANUEL PEREZ, ERIC GUERRA, NORA VARGAS, TANIA PACHECO-WERNER, GIDEON KRACOV, HENRY STERN, and EDUARDO GARCIA, in their official capacities as members of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California<br><br>Defendants. | Case No. 2:23-cv-01154-JAM-JDP<br><br>**ORDER GRANTING STIPULATION AND EXTENDING DEADLINES**<br><br>Courtroom:  6 (14th Floor)<br>Judge:      Hon. John A. Mendez |

**ORDER**

Upon consideration of the joint request of Plaintiffs ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION (collectively, "Plaintiffs") and Defendants LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board ("CARB"); JOHN EISENHUT, SUSAN SHAHEEN, JOHN R. BALMES, DIANE TAKVORIAN, BILL QUIRK, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, V. MANUEL PEREZ, ERIC GUERRA, NORA VARGAS, TANIA PACHECO-WERNER, GIDEON KRACOV, HENRY STERN, and EDUARDO GARCIA, in their official capacities as members of CARB; STEVEN S. CLIFF, in his official capacity as Executive Officer of CARB; and ROB BONTA, in his official capacity as Attorney General of the State of California (collectively, "Defendants"), IT IS HEREBY ORDERED as follows:

1. Plaintiffs may amend their complaint by **October 13, 2023**, pursuant to Federal Rule of Civil Procedure 15(a)(2).

2. Defendants will respond to Plaintiffs' complaint (whether the original complaint or an amended complaint) by **November 10, 2023**. To the extent any individual Defendant chooses to respond before that date, it shall not affect the response deadline for the remaining Defendants.

3. The Parties will conduct a Rule 26(f) conference and file the accompanying joint status report (as described in ECF No. 3) by **December 11, 2023**.

4. These deadlines will not affect any renewed motion for preliminary injunction, and, by agreeing to the parties' joint stipulation, Plaintiffs are not agreeing to extend the deadline for Defendants to oppose any such motion.

**IT IS SO ORDERED.**

Dated: August 02, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE