Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
Natalie Collins, State Bar No. 338348
Michael S. Dorsi, State Bar No. 281865
Dylan K. Johnson, State Bar No. 280858
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,**<br><br>                        Plaintiffs,<br><br>    v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                        Defendants. | No. 2:23-cv-01154-DJC-JDP<br><br>**STIPULATION AND ORDER RE: DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:        January 18, 2024<br>Time:       1:30 PM<br>Courtroom:  10 (13th Floor)<br>Judge:      Hon. Daniel J. Calabretta<br>Trial Date:  Not Set<br>Action Filed: June 16, 2023 |

Plaintiffs ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION (collectively, "Plaintiffs") and Defendants LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

On November 10, 2023, Defendants filed their Motion to Dismiss in this matter with a hearing set for January 9, 2024. ECF No. 20. On November 24, 2023, Plaintiffs filed their opposition to that motion and a Motion for Summary Judgment, with a hearing also set for January 9, 2024. ECF Nos. 26, 29. On that same day, the Court directed the Clerk's Office to reassign this case to another district judge and vacated "[a]ny hearing dates and deadlines previously set in this matter." ECF No. 27. On November 27, 2023, the Court assigned this case to Judge Calabretta. ECF No. 31. On November 28, the Court reset hearing dates for Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary Judgment, scheduling both for January 18, 2024. ECF No. 33.

Given that Judge Calabretta's standing order establishes different page limits than the previously assigned judge's standing order, Defendants seek to clarify the page limit for Defendants' Reply in Support of the Motion to Dismiss. Defendants also seek to clarify the deadline for that same brief. To the extent the Court's order resetting a hearing date also reinstated the original deadline for Defendants' reply as December 4, 2023, Defendants seek to extend that deadline.

Specifically, Defendants seek to file their Reply in Support of the Motion to Dismiss 9 days later than the original deadline, given that the hearing date has been moved out by that same period. And Defendants seek to file a 9-page reply because the opening and opposition briefs (filed under a different standing order) were 15 pages, and Judge Calabretta's standing order limits reply to 60% the length of opening and opposition briefs.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1. Defendants' Reply in Support of the Motion to Dismiss will be due December 13, 2023 and may not exceed 9 pages.

**IT IS SO STIPULATED.**

Dated: November 30, 2023					Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG PARK
Supervising Deputy Attorney General
NATALIE E. COLLINS
MICHAEL S. DORSI
DYLAN K. JOHNSON
Deputy Attorneys General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK (SBN 268861)
Deputy Attorney General

*Attorneys for Defendants*

Stipulation and Order Re: Defendants' Reply ISO Mot. to Dismiss (2:23-cv-01154-DJC-JDP)

Dated: November 30, 2023

Respectfully submitted,

*/s/ Hayes P. Hyde*
HAYES P. HYDE (SBN 308031)
*HHyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone:  +1 415 733 6000

BRIAN T. BURGESS (*pro hac vice*)
ISABEL M. MARIN (SBN 335691)
*BBurgess@goodwinlaw.com*
*IMarin@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice*)
*JBock@goodwinlaw.com*
*JLempel@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Phone:  +1 617 570 1000

*Attorneys for Plaintiffs*

## **ORDER**

Based on the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Defendants' Reply in Support of the Motion to Dismiss, ECF No. 20, will be due December 13, 2023 and may not exceed 9 pages.

**IT IS SO ORDERED.**

Dated:  December 4, 2023              /s/ Daniel J. Calabretta
                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                        UNITED STATES DISTRICT JUDGE