1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ASSOCIATION OF AMERICAN              No. 2:23-cv-01154-DJC-JDP
     RAILROADS and AMERICAN SHORT LINE
12   AND REGIONAL RAILROAD
     ASSOCIATION,
13                                        ORDER
         Plaintiffs,
14
             v.
15
     LIANE M. RANDOLPH, in her official
16   capacity as Chair of the California Air
     Resources Board; STEVEN S. CLIFF, in his
17   official capacity as Executive Officer of the
     California Air Resources Board; and ROB
18   BONTA, in his official capacity as Attorney
     General of the State of California,
19
         Defendants,
20
             and
21
     EAST YARD COMMUNITIES FOR
22   ENVIRONMENTAL JUSTICE, PEOPLE'S
     COLLECTIVE FOR ENVIRONMENTAL
23   JUSTICE, and SIERRA CLUB,

24       Proposed Defendant-Intervenors.

25

26

27

28

1

Pending before this Court is Proposed Defendant-Intervenors East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club's ("Defendant-Intervenors") Motion to Intervene filed November 6, 2023.  (ECF No. 19.)  This Motion is unopposed.  (*See* ECF Nos. 23, 24.)

The Court has reviewed the Motion and finds that Defendant-Intervenors satisfy the Ninth Circuit's four-part test for intervention of right pursuant to Rule 24(a).  Specifically, the Court finds that (1) the Motion is timely filed, (2) Defendant-Intervenors have significant protectable interests in this litigation, (3) those interests may be impaired by the disposition of this litigation, and (4) the existing Parties may not adequately represent those interests.  *See* Fed. R. Civ. P. 24(a); *Wilderness Soc'y v. U.S. Forest Serv.*, 630 F.3d 1173, 1177 (9th Cir. 2011).

Accordingly, IT IS HEREBY ORDERED that Defendant-Intervenors Motion (ECF No. 19) is GRANTED, subject to the conditions of intervention agreed to by all Parties and Defendant-Intervenors:

> Proposed Intervenors may not expand the scope of this action.  In particular, Proposed Intervenors may not move for relief separately from the State Defendants, but Proposed Intervenors are not limited in the arguments they may make within the scope of this action.  Proposed Intervenors may submit their own brief in support of any motion filed by the State Defendants.  All filings must be in accordance with this Court's Standing Order and may not be duplicative.  Proposed Intervenors and Plaintiffs agree not to pursue discovery between themselves.

Defendant-Intervenors proposed Answer (ECF No. 22) is also deemed filed.

IT IS SO ORDERED.

Dated:   **January 5, 2024**

**Daniel J. Calabretta**
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE