ADRIANO L. MARTINEZ (CA Bar No. 237152)
amartinez@earthjustice.org
YASMINE L. AGELIDIS (CA Bar No. 321967)
yagelidis@earthjustice.org
(Designated as counsel for service)
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2000 / Fax: (415) 217-2040

DAVID R. PETTIT (CA Bar No. 67128)
dpettit@nrdc.org
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
Tel: (310) 434-2300 / Fax: (310) 434-2399

*Counsel for Defendant-Intervenors East Yard Communities for Environmental Justice, People's Collective for Environmental Justice, and Sierra Club*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendants,<br><br>and<br><br>EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB,<br><br>Defendant-Intervenors. | Civ. No.  2:23-cv-01154-DJC-JDP<br><br>**DECLARATION OF PAOLA VARGAS IN SUPPORT OF DEFENDANT-INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          April 25, 2024<br>Time:         1:30 PM<br>Courtroom: 10<br>Judge:        Hon. Daniel J. Calabretta |

DECLARATION OF PAOLA VARGAS ISO DEFENDANT-INTERVENORS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**DECLARATION OF PAOLA VARGAS**

I, Paola Vargas, hereby declare and state as follows:

1. This declaration is based on my personal knowledge. If called to testify as a witness, I could and would testify competently to the contents hereof.

2. I am over the age of eighteen (18) and suffer no legal incapacity.

3. I am 22 years old.

4. I am employed by East Yard Communities for Environmental Justice ("EYCEJ") and have served as a Community Organizer with EYCEJ since January 2023.

5. EYCEJ is an environmental health and justice non-profit corporation focused on reducing industrial pollution that disproportionately impacts working class communities of color.

6. I reside in Carson, California. I live in the same home where I was born and grew up.

7. Besides leaving home for a few years in college, I have lived in this house my entire life. During this time, I have felt a part of the Carson community and the neighboring Wilmington community.

8. In summer of 2022, I worked with some friends to plan and start an environmental justice youth program for students at Carson High School. We started this program because we recognized that environmental justice is something that impacts our community, yet is something that had not been part of our education. Through this work, I got connected with EYCEJ, and helped organize a toxic tour for Carson High School youth.

9. As a Community Organizer with EYCEJ, half of my time is spent working directly with residents, and half of my time is spent on advocacy. I work specifically with the West Long Beach, Carson, and South Bay communities. I facilitate member meetings, conduct outreach to residents to educate them about policy issues and assess their priorities, and I plan workshops and gatherings in response to members' priorities and interests. In my advocacy work, much of my workplan involves advancing policies

1  on rail-related issues. I lead our organizing strategies to oppose the proposed SCIG
2  railyard, and to advocate for the South Coast Air Quality Management District to adopt
3  strong Indirect Source Rules for railyards and ports. I also lead our work to advance a
4  green zone policy in Long Beach, which would address the impacts of rail and other
5  sources of industrial pollution.

6  10. Many residents that I work with in West Long Beach live in close proximity
7  to the Union Pacific Intermodal Container Terminal Facility (ICTF) railyard and
8  associated rail lines. Every day they experience pollution from locomotives and trucks
9  serving the facility. These residents are also exposed to other sources of pollution which
10 compound the impacts they face, including pollution from neighboring refineries, and
11 thick smog due to unhealthy air quality.

12 11. A large concern for many West Long Beach residents is the proposed
13 SCIG railyard. This railyard would be built adjacent to the ICTF facility, and would affect
14 communities in West Long Beach, Carson, and Wilmington.

15 12. Residents are concerned that the SCIG railyard would increase rail
16 pollution, truck traffic, and noise. There are many residents who live in close proximity to
17 where the SCIG railyard would be built, and there are important community-serving sites
18 nearby, including Cabrillo High School. The residents I work with are concerned that
19 increased diesel pollution from the SCIG railyard would endanger the health of children
20 who attend the school, and residents who live in the neighborhood.

21 13. At least one resident I work with regularly observes a layer of soot and
22 grime building up on the windshield of their car, due to the air pollution in their
23 neighborhood. They will wipe the windshield of their car with a napkin, to illustrate the
24 amount of grime that has accumulated.

25 14. Many of the EYCEJ members I work with have asthma or other respiratory
26 issues. It is also common for EYCEJ members to raise concerns about other health
27 issues that they believe are related to pollution, such as feeling their throats itching, or
28 having other adverse reactions.

DECLARATION OF PAOLA VARGAS ISO DEFENDANT-INTERVENORS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

2

15. A few days a week, I work from the EYCEJ office in Long Beach, located at 2448 Santa Fe Ave, Long Beach, CA 90810. The office is located approximately a half of a mile from the ICTF railyard.

16. I regularly observe a large volume of truck traffic and rail activity when driving from my house in Carson to the EYCEJ office in Long Beach. During this drive, I regularly see trains idling along the train tracks. Sometimes I smell the diesel gas from trains, wafting into my car while I am driving past.

17. There is a rail line approximately a quarter of a mile from my house. It is located behind a wall at the cul-de-sac at the end of the street where I live.

18. I regularly heard train horns when I was growing up, although I did not realize what the sounds were until I went to college and started learning about industrial pollution. When everything is quiet, and especially when I am lying in bed at night, I still hear the train horns on most nights.

19. I have noticed air quality issues in my neighborhood in Carson and in the neighborhood surrounding the EYCEJ office in Long Beach. When the air quality is bad, there's a certain feeling in the air – it feels like not normal weather. It's a feeling like its own sort of clouds. Growing up, I perceived this as a different form of weather, but now I can differentiate between a clear day, and when it feels like pollution and smoke are in the air.

20. It causes me great anxiety and stress to worry that certain ailments and health issues that my family and I deal with could be caused by exposure to pollution. For example, if my throat is itching, or if I have a nosebleed, or certain coughs, I worry that these issues may be caused by air pollution. I also experience headaches a few times a month, and wonder if they are related to pollution. I have noticed that many of my friends who live in Carson say that they have headaches a few times a month as well, and I also worry that they may be impacted by air pollution.

21. I limit the time I spend outside because I know that there is air pollution in the communities that I live and work in. When I moved back to Carson after college, I

1  started frequently checking the air quality index (AQI) because I was concerned about
2  days when it would be high. I was concerned both for myself and for my family members,
3  to make sure that we limited time outside when the air quality was poor. We also use an
4  air purifier in our home to reduce air pollution. We turn on the air purifier when the air
5  quality feels bad, or when the AQI is high.

6        22.    More so than myself, I worry about the impacts of air pollution on my
7  family's health. My mom developed asthma after she moved to our neighborhood in
8  Carson. I worry about the impact of air pollution on her health, and making sure the air
9  quality inside our home is clean and that she does not go outside when the AQI is high.
10 My brother smokes, and I often worry that he is going to have worse health effects in
11 conjunction with living in an area with poor air quality.

12       23.    It is a financial burden to deal with the pollution and health issues that my
13 family experiences. If we lived somewhere with cleaner air, we would not need to invest
14 in an expensive air purifier, or N-95 masks to protect against pollution particles in the air.

15       24.    My family and I also experience constraints on how we use our time and
16 where we go in our community because of the rail and goods movement industry. During
17 rush hour, the community we live in is very busy and backed up with traffic because
18 there are major truck and rail routes. This causes us to avoid driving on certain routes,
19 and to avoid leaving the house at certain times. I feel that we could use our time
20 differently if our community was not so impacted by the rail industry. Also, certain parks
21 in Long Beach are noisy because of the truck and train traffic, and I avoid visiting them
22 for that reason. It bothers me to avoid visiting an area of Long Beach that I would love to
23 spend time in.

24       25.    The In-Use Locomotive Rule would provide critical benefits to me, my
25 family, and the communities I work with. If locomotive pollution was cleaned up, I would
26 feel less worried about getting headaches, my throat itching, and experiencing other
27 health impacts. Long term, I would not have to be concerned about kids and the elderly
28 experiencing health impacts. I believe we would see fewer deaths over time related to

DECLARATION OF PAOLA VARGAS ISO DEFENDANT-INTERVENORS'
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT     4

1 heart disease and cancer. People's lifespans would not be shortened, and people would
2 live healthier lives that are considerably less burdened by pollution. People also would
3 not have to deal with other daily detrimental issues like noise, griminess on cars, and
4 would experience less stress overall.

5     26.    Without the In-Use Locomotive Rule, I am worried that we will continue
6 seeing children in our communities develop asthma, and our elders developing more
7 and more illnesses. It would be hugely discouraging to our health and our hope for our
8 health if this life-saving regulation does not move forward.

9     27.    Adult and Youth EYCEJ Members in Carson and West Long Beach are
10 already disproportionately harmed by port operations that demand the use of heavily
11 polluting cargo handling equipment and marine vessels in addition to railyards and
12 trucks. According to CalEnviroScreen, a mapping tool used to measure cumulative
13 impacts across the state, communities living near the San Pedro Bay Port Complex face
14 the highest pollution burden possible. Children and families living near the Port of Los
15 Angeles and Port of Long Beach are forced to breathe toxic air daily which is proven to
16 shorten life expectancy.

17     28.    EYCEJ believes that everyone should have access to clean air, water, and
18 soil regardless of zip code. For this reason, we hope CARB's In-Use Locomotive Rule
19 moves forward.

20     I declare under penalty of perjury that the foregoing is true and correct.
21 Executed this 6th day of December, 2023.

22
23
24 _____
25 Paola Vargas
26
27
28