1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  NATALIE COLLINS, State Bar No. 338348
   MICHAEL S. DORSI, State Bar No. 281865
4  KATHERINE GAUMOND, State Bar No. 349453
   MICAELA M. HARMS, State Bar No. 329552
5  DYLAN K. JOHNSON, State Bar No. 280858
   M. ELAINE MECKENSTOCK, State Bar No. 268861
6  Deputy Attorneys General
     1515 Clay Street, 20th Floor
7    P.O. Box 70550
     Oakland, CA  94612-0550
8    Telephone:  (510) 879-0299
     Fax:  (510) 622-2270
9    E-mail:  Elaine.Meckenstock@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | Case No. 2:23-cv-1154-DJC-JDP<br><br>**DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR A STAY OR DISMISSAL UNDER THE PRIMARY JURISDICTION DOCTRINE**<br><br>Date:          April 25, 2024<br>Time:          1:30 PM<br>Courtroom: 10 (13th floor)<br>Judge:         The Honorable Daniel J. Calabretta<br>Trial Date:   Not Set<br>Action Filed:  June 16 2023 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**YOU ARE HEREBY GIVEN NOTICE** that on April 25, 2024, or as soon thereafter as this matter may be heard, Liane M. Randolph, in her official capacity as Chair of the California Air Resources Board; Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board; and Rob Bonta, in his official capacity as Attorney General of the State of California (collectively, "Defendants") will and hereby do respectfully cross-move for summary judgment or, in the alternative, move for a stay or dismissal of the remainder of this case under the primary jurisdiction doctrine.

This Cross-Motion for Summary Judgment is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 230 and 260. The alternative relief sought—a stay or dismissal—is sought pursuant to Local Rule 230 and the primary jurisdiction doctrine. Defendants' motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice, Declarations of Michael S. Dorsi and Dylan K. Johnson and attached papers, all documents in the Court's file, and other such written and oral argument as may be presented to the Court. Pursuant to the Court's standing order, this motion is made following the conference of counsel on March 4, 2024. (See Decl. of Dylan K. Johnson ¶ 9.)

Dated:  March 5, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ M. Elaine Meckenstock
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants*