| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | MYUNG J. PARK, State Bar No. 210866 |
| | Supervising Deputy Attorney General |
| 3 | NATALIE E. COLLINS, State Bar No. 338348 |
| | MICHAEL S. DORSI, State Bar No. 281865 |
| 4 | KATHERINE GAUMOND, State Bar No. 349453 |
| | MICAELA M. HARMS, State Bar No. 329552 |
| 5 | DYLAN K. JOHNSON, State Bar No. 280858 |
| | M. ELAINE MECKENSTOCK, State Bar No. 268861 |
| 6 | Deputy Attorneys General |
| |   1515 Clay Street, 20th Floor |
| 7 |   Oakland, CA 94612-0550 |
| |   Telephone: (510) 879-0299 |
| 8 |   Fax: (510) 622-2270 |
| |   E-mail: Elaine.Meckenstock@doj.ca.gov |
| 9 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                  Defendants | 2:23-cv-1154 DJC JDP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR A STAY OR DISMISSAL UNDER THE PRIMARY JURISDICTION DOCTRINE, AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 25, 2024<br>Time: 1:30 PM<br>Courtroom: 10 (13th Floor)<br>Judge: Hon. Daniel J. Calabretta<br>Trial Date: Not Set<br>Action Filed: June 16, 2023 |

Pursuant to Rule 201 of the Federal Rules of Civil Evidence, Defendants respectfully request the Court take judicial notice of the following facts and documents.

I. **DOCUMENTS ON GOVERNMENT WEBSITES TO BE JUDICIALLY NOTICED**

1. Excerpts from the Memorandum of Understandings and Agreements between the California Air Resources Board and the Burlington Northern Santa Fe and Union Pacific Railroads, dated 1998 (1998 MOU), a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 1. The entire document is publicly available at https://ww2.arb.ca.gov/sites/default/files/2021-02/1998MOU.pdf and was downloaded from that URL on March 3, 2024.

2. ARB/Railroad Statewide Agreement: Particulate Emissions Reduction Program at California Rail Yards, dated 2005 (2005 MOU), a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 2. Exhibit 2 is publicly available at https://ww2.arb.ca.gov/sites/default/files/2020-06/2005%20MOU%20Remediated%2003102020.pdf and was downloaded from that URL on February 28, 2024.

3. Comments of the Association of American Railroads to the United States Environmental Protection Agency in response to EPA's notice of proposed rulemaking on emissions standards for locomotive and marine engines, dated July 2, 2007, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 3. Exhibit 3 is publicly available at https://downloads.regulations.gov/EPA-HQ-OAR-2003-0190-0566/attachment_1.pdf and was downloaded from that URL on March 1, 2024.

4. Excerpts from the Petition for a Brake System Safety Standards Rulemaking, submitted by the Association of American Railroads to the Federal Railroad Administration and dated July 12, 2018, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 4. Exhibit 4 is publicly available at https://www.regulations.gov/document/FRA-2018-0093-0002 and was downloaded from that URL on February 26, 2024.

5. Update of Mineral Land Classification for Portland Cement Concrete-Grade Aggregate in the Palm Springs Production-Consumption Region, Riverside County, California, by the California Geological Survey, Department of Conservation, dated 2007, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 9. Exhibit 9 is publicly available at https://www.conservation.ca.gov/cgs/Documents/Publications/Special-Reports/SR_198-MLC-Report.pdf and was downloaded from that URL on March 2, 2024.

6. The webpage "Learn About Idling Reduction for Locomotives" on the Environmental Protection Agency webpage, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 13. Exhibit 13 is publicly available at https://www.epa.gov/verified-diesel-tech/learn-about-idling-reduction-locomotives and was downloaded from that URL on March 1, 2024.

7. Excerpts from California's Fourth Climate Change Assessment, Statewide Summary Report, dated August 2018, true and correct copies of which are attached to the Declaration of Michael S. Dorsi as Exhibit 14. Exhibit 14 is publicly available at https://www.energy.ca.gov/sites/default/files/2019-11/Statewide_Reports-SUM-CCCA4-2018-013_Statewide_Summary_Report_ADA.pdf and was downloaded from that URL on March 2, 2024.

8. The webpage "Truck vs. Train Emissions Analysis" from the California Air Resources Board website, dated September 23, 2020, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 15. Exhibit 15 was is publicly available at https://ww2.arb.ca.gov/resources/fact-sheets/truck-vs-train-emissions-analysishttps://ww2.arb.ca.gov/resources/fact-sheets/truck-vs-train-emissions-analysis and was downloaded from that URL on March 3, 2024.

9. Excerpts from the California's 2022 State Strategy for the State Implementation Plan, true and correct copies of which are attached to the Declaration of Michael S. Dorsi as Exhibit 16. The complete document is publicly available at

https://ww2.arb.ca.gov/sites/default/files/2022-08/2022_State_SIP_Strategy.pdf and was downloaded from that URL on March 3, 2024.

10. Letter from California Air Resource Board to Regional Administrator for the United States Environmental Protection Agency, Region 9, submitting the South Coast Air Quality Management District's 2022 Air Quality Management Plan, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 17. Exhibit 17 is publicly available at https://ww2.arb.ca.gov/sites/default/files/2023-03/2022_SC_AMQP_SSS_Submittal_Letter_to_EPA.pdf and was downloaded from that URL on March 3, 2024.

11. California Air Resources Board Resolution 23-12, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 23. Exhibit 23 is publicly available at https://ww2.arb.ca.gov/sites/default/files/barcu/board/res/2023/res23-12.pdf and was downloaded from that URL on March 4, 2024.

12. California Air Resources Board Executive Order R-23-004, Relating to the Proposed In-Use Locomotive Regulation, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 24. Exhibit 24 is publicly available at https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2022/locomotive22/eo.pdf and was downloaded from that URL on March 4, 2024.

13. California Air Resources Board Second Notice of Public Availability of Modified Text and Availability of Additional Documents and Information, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 25. Exhibit 25 is publicly available at https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2022/locomotive22/2nd15daynotice1.pdf and was downloaded from that URL on March 4, 2024.

The facts established by Exhibits 1, 2, 3, 4, 9, 13, 14, 15, 16, 17, 23, 24, 25, and those documents themselves, are proper subjects of judicial notice. The documents are publicly available on government websites and the facts for which they are relied upon

here can be accurately and readily determined from these sources whose accuracy cannot reasonably be questioned. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (stating that it was appropriate to take judicial notice of information "made publicly available by government entities" on their websites where "neither party disputes the accuracy of the web sites or the accuracy of the information displayed herein"); *Martinez v. Mead Johnson & Co., LLC*, No. 22-CV-213, 2022 WL 15053334, at *4 (C.D. Cal. Oct. 22, 2022) (finding that FDA guidance was judicially noticeable because it was "publicly available and it was disseminated by a government agency"); *Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-CV-1166, 2009 WL 6597891, at *2 (S.D. Cal. 2009) ("Information on government agency websites has often been treated as properly subject to judicial notice.").

## II. FACTS TO BE JUDICIALLY NOTICED

14. The fact that Union Pacific Railroad Company advertises domestic intermodal service, as described on the webpage "Domestic Intermodal Service" from the Union Pacific website, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 5. Exhibit 5 is publicly available at https://www.up.com/customers/premium/IntermodalServices/domestic-intermodal/index.htm and was downloaded from that URL on March 3, 2024.

15. The fact that Burlington Northern Santa Fe Railway offers services to move "high volumes of single commodities from a single origin to a single destination," as shown on the webpage "Ways of Shipping" from the Burlington Northern Santa Fe website, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 6. Exhibit 6 is publicly available at https://www.bnsf.com/ship-with-bnsf/ways-of-shipping/index.page and was downloaded from that URL on March 3, 2024.

16. The fact that Mendocino Railway offers "local and interchange" routes, as shown in the Mendocino Railway Freight Tariff CWR 9500, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 7. Exhibit 7 was

downloaded from https://www.skunktrain.com/wp-content/uploads/2022/02/MENDOCINO-2021-FREIGHT-TARIFF-FINAL.pdf on March 3, 2024.

17. The fact that Union Pacific Railway Company moves sand and gravel from extraction sites to processing plants on two routes entirely within California, as described in the article *Rock-by-Rail*, by Loretta Sorenson and Pit & Quarry Staff, published in Pit & Quarry on February 1, 2014, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 8. Exhibit 8 is publicly available at https://www.pitandquarry.com/rock-by-rail/ and was downloaded from that URL on March 2, 2024.

18. The fact that Burlington Northern Santa Fe Railway offers transloading services, as described in the article *The Ever-Changing Dynamics of Shortline Railroading*, by David Lustig, published by Trains Magazine on February 1, 2024, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 10. Exhibit 10 is publicly available at https://www.trains.com/trn/railroads/history/the-ever-changing-dynamics-of-shortline-railroading/ and was downloaded from that URL on February 7, 2024.

19. The fact that a company called DrayNow advertises an app by which trucking businesses can gain access to the California intermodal market, as described in the blog post *Tap Into the California Intermodal Drayage Markets: Los Angeles & Northern California*, on the website DrayNow.com, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 11. Exhibit 11 was downloaded from https://draynow.com/tap-into-the-california-intermodal-drayage-markets/ on March 3, 2024.

20. The fact that California has many highly-populated cities that suffer from extremely high levels of ozone and PM2.5 pollution, from excerpts of the American Lung Association's 2023 State of the Air Report, true and correct copies of which are attached to the Declaration of Michael S. Dorsi as Exhibit 18. The complete document is available

at https://www.lung.org/getmedia/338b0c3c-6bf8-480f-9e6e-b93868c6c476/SOTA-2023.pdf and was downloaded from that URL on March 2, 2024.

21. The fact that California has struggled for years to reduce its ozone pollution, as described in the article *This 1943 "Hellish Cloud" Was the Most Vivid Warning of LA's Smog Problems to Come*, by Kat Eschner, published in Smithsonian Magazine's Smart News on July 26, 2017, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 19. Exhibit 19 is publicly available at https://www.smithsonianmag.com/smart-news/1943-hellish-cloud-was-most-vivid-warning-las-smog-problems-come-180964119/ and was downloaded from that URL on March 2, 2024.

22. The definition of "transloading" provided on the webpage "What is Transloading in Logistics?" from the Boa Logistics website, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 20. Exhibit 20 is publicly available at https://www.boalogistics.com/drayage/what-is-transloading/ and was downloaded from that URL on March 3, 2024.

23. The fact that Burlington Northern Santa Fe Railway offers multiple intermodal hubs in California, as shown on the Burlington Northern Santa Fe Railway website, a true and correct copy of which is attached to the Declaration of Michael S. Dorsi as Exhibit 21. Exhibit 21 is publicly available at https://www.bnsf.com/ship-with-bnsf/support-services/facility-listings.page and was downloaded from that URL on March 3, 2024.

Because they are contained in Exhibits 5, 6, 7, 8, 10, 11, 18, 19, 20, and 21, the facts listed above are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Civ. P. 201(b).

///

///

///

Dated: March 5, 2024

Respectfully submitted,

Rob Bonta
Attorney General of California
Myung J. Park
Supervising Deputy Attorney General
Natalie Collins
Michael S. Dorsi
Katherine Gaumond
Micaela M. Harms
Dylan K. Johnson
Deputy Attorneys General


*/s. M. Elaine Meckenstock*
M. Elaine Meckenstock
Deputy Attorney General
*Attorneys for Defendants*