1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  NATALIE COLLINS, State Bar No. 338348
   MICHAEL S. DORSI, State Bar No. 281865
4  KATHERINE GAUMOND, State Bar No. 349453
   MICAELA M. HARMS, State Bar No. 329552
5  M. ELAINE MECKENSTOCK, State Bar No. 268861
   DYLAN K. JOHNSON, State Bar No. 280858
6  Deputy Attorney General
     600 West Broadway, Suite 1800
7    San Diego, CA 92101
     P.O. Box 85266
8    San Diego, CA 92186-5266
     Telephone:  (619) 738-9535
9    Fax:  (619) 645-2012
     E-mail:  Dylan.Johnson@doj.ca.gov
10 *Attorneys for Defendants*

11

12             IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

16

17 **ASSOCIATION OF AMERICAN**          Case No. 2:23-cv-01154-DJC-JDP
   **RAILROADS and AMERICAN SHORT**
18 **LINE AND REGIONAL RAILROAD**        **STIPULATION AND ORDER RE: (1)**
   **ASSOCIATION,**                      **BRIEFING SCHEDULE FOR**
                                         **DEFENDANTS' RULE 56(D) MOTION;**
19                          Plaintiffs,  **AND (2) PAGE LIMIT FOR PLAINTIFFS'**
                                         **COMBINED OPPOSITION AND REPLY**
20            v.                         **BRIEF ON SUMMARY JUDGMENT**

21 **LIANE M. RANDOLPH, in her official**  Date:        April 25, 2024
   **capacity as Chair of the California Air**  Time:        1:30 PM
22 **Resources Board; STEVEN S. CLIFF, in**  Courtroom:  10 (13th Floor)
   **his official capacity as Executive**    Judge:      The Honorable Daniel J.
23 **Officer of the California Air Resources**              Calabretta
   **Board; and ROB BONTA, in his official**  Trial Date:  None Set
24 **capacity as Attorney General of the**   Action Filed: June 16, 2023
   **State of California,**
25

26                          Defendants,

27 and

28

1

2    **EAST YARD COMMUNITIES FOR**
     **ENVIRONMENTAL JUSTICE, PEOPLE'S**
3    **COLLECTIVE FOR ENVIRONMENTAL**
     **JUSTICE, and SIERRA CLUB,**
4
                    Defendant-Intervenors.
5

6

7        Plaintiffs ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT

8    LINE AND REGIONAL RAILROAD ASSOCIATION (collectively, "Plaintiffs"), Defendants

9    LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources

10   Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California

11   Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of

12   the State of California (collectively, "Defendants"), and Defendant-Intervenors EAST

13   YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE

14   FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB (collectively, "Defendant-

15   Intervenors") by and through their attorneys of record, hereby stipulate and agree as

16   follows:

17       First, the briefing schedule for Plaintiffs' motion for summary judgment and

18   Defendants' cross-motion was set by the Court as follows:  Plaintiffs' opposition and

19   reply brief is due March 26, 2024; and Defendants' reply brief is due April 5, 2024.  ECF

20   No. 47.  The hearing date on both motions is April 25, 2024.  *Id*.

21       On March 5, 2024, in addition to their opposition and cross-motion, Defendants

22   filed a motion to deny or defer summary judgment under Federal Rule of Civil Procedure

23   56(d) ("56(d) Motion") and noticed it for hearing also on April 25.  ECF No. 53.

24       Under the Local Rules, Plaintiffs' opposition to Defendants' 56(d) Motion would be

25   due March 19 and Defendants' reply would be due March 29.  E.D. Cal. L.R. 230(c), (d).

26       As Defendants' 56(d) Motion is directed at Plaintiffs' motion for summary judgment

27   and is scheduled for hearing on the same date, the parties believe it will increase

28

1  efficiency to brief the 56(d) Motion on the same deadlines as the summary judgment
2  motions.
3        Pursuant to the Court's Standing Order, the parties provide the following
4  information regarding prior requests for extensions:  (1) stipulation and order extending
5  Defendants' reply deadline for their motion to dismiss (ECF No. 36); (2) order on ex
6  parte application extending briefing deadlines and hearing date on Plaintiffs' motion for
7  summary judgment (ECF No. 38); (3) order on second ex parte application extending
8  briefing deadlines and hearing date on Plaintiffs' motion for summary judgment (ECF No.
9  47).
10        Second, on March 5, 2024, Defendant-Intervenors filed their opposition to Plaintiffs'
11  motion for summary judgment, separate from Defendants' opposition and cross-motion.
12  ECF Nos. 49, 51.  Under the Court's standing order, Plaintiffs' reply and opposition brief
13  on summary judgment is limited to a maximum of 20 pages.  Standing Order at 3.  Given
14  the overlap in the issues, Plaintiffs intend to file a single combined reply and opposition
15  brief responding to both sets of Defendants.  Plaintiffs have requested an additional 5
16  pages for their combined opposition and reply brief on summary judgment to account for
17  their need to respond to two briefs.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this

2    action as follows:

3        1.    Plaintiffs shall file their opposition to Defendants' motion to deny or defer

4              summary judgment under Rule 56(d) no later than 3/26/2024 and Defendants

5              shall file their reply in support of their motion no later than 4/5/2024.

6        2.    Plaintiffs' combined reply and opposition brief on summary judgment may be

7              a maximum of 25 pages.

8

9    Dated:  March 8, 2024                              Respectfully submitted,

10                                                      ROB BONTA
                                                        Attorney General of California
11                                                      MYUNG J. PARK
                                                        Supervising Deputy Attorney General
12

13

14                                                      /s/ *Dylan K. Johnson*
                                                        DYLAN K. JOHNSON
15                                                      Deputy Attorney General
                                                        *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  March 8, 2024

Respectfully submitted,

/s/ *Hayes P. Hyde* (as authorized on March 8, 2024)

HAYES P. HYDE (SBN 308031)
HHyde@goodwinlaw.com
**Goodwin Procter llp**
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
Phone: +1 415 733 6000

BRIAN T. BURGESS (*pro hac vice*)
ISABEL M. MARIN (SBN 335691)
BBurgess@goodwinlaw.com
IMarin@goodwinlaw.com
**Goodwin Procter llp**
1900 N Street NW
Washington DC, 20036
Phone: +1 202 346 4000

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice*)
JBock@goodwinlaw.com
JLempel@goodwinlaw.com
**Goodwin Procter llp**
100 Northern Avenue
Boston, MA 02210
Phone: +1 617 570 1000

*Attorneys for Plaintiffs*

Dated:  March 8, 2024

Respectfully submitted,

/s/ *Yasmine L. Agelidis* (as authorized on March 8, 2024)

YASMINE L. AGELIDIS (SBN 321967)
ADRIANO L. MARTINEZ (SBN 237152)
YAgelidis@earthjustice.org
AMartinez@earthjustice.org
**Earthjustice**
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
Tel: (415) 217-2000
Fax: (415) 217-2040

DAVID R. PETTIT (SBN 67128)
DPettit@nrdc.org
**Natural Resources Defense Council**
1314 2nd Street
Santa Monica, CA 90401
Tel: (310) 434-2300
Fax: (310) 434-2399

*Attorneys for Defendant-Intervenors*

OK2023401270
37924369.docx

6

**ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED:

1.    Plaintiffs shall file their opposition to Defendants' motion to deny or defer summary judgment under Rule 56(d) no later than 3/26/2024 and Defendants shall file their reply in support of their motion no later than 4/5/2024.

2.    Plaintiffs' combined reply and opposition brief on summary judgment may be a maximum of 25 pages.

**IT IS SO ORDERED.**

Dated:  March 8, 2024                /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE