HAYES P. HYDE (SBN 308031)
HHyde@goodwinlaw.com
**GOODWIN PROCTER** LLP
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone: +1 415 733 6000

BRIAN T. BURGESS (*pro hac vice*)
ISABEL M. MARIN (SBN 335691)
BBurgess@goodwinlaw.com
IMarin@goodwinlaw.com
**GOODWIN PROCTER** LLP
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice*)
JBock@goodwinlaw.com
JLempel@goodwinlaw.com
**GOODWIN PROCTER** LLP
100 Northern Avenue
Boston, MA 02210
Phone: +1 617 570 1000

Attorneys for Plaintiffs
ASSOCIATION OF AMERICAN RAILROADS and
AMERICAN SHORT LINE AND REGIONAL
RAILROAD ASSOCIATION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California<br><br>Defendants. | Case No. 2:23-cv-01154-DJC-JDP<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

# **NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 230(m)(2), Plaintiffs respectfully submit the attached decision in *Food and Drug Administration v. Alliance for Hippocratic Medicine*, No. 23-235 (S. Ct.), issued on June 13, 2024.  In the decision, the Supreme Court states: "Government regulations that require or forbid some action by the plaintiff almost invariably satisfy both the injury in fact and causation requirements.  So in those cases, standing is usually easy to establish."  *Id.*, slip op., at 9.  Plaintiffs submit that this discussion is relevant to the Court's evaluation of Defendants' argument that Plaintiffs lack standing to challenge the Idling Requirements.  *See* ECF No. 51-1 at 12-15; ECF No. 58 at 8-12; ECF No. 68 at 1-5.  Plaintiffs are happy to provide additional analysis if that would be helpful to the Court.

Dated: June 13, 2024

/s/ Brian T. Burgess
HAYES P. HYDE (SBN 308031)
*HHyde@goodwinlaw.com*
**GOODWIN PROCTER** LLP
Three Embarcadero Center, 28TH Floor
San Francisco, CA 94111
Phone:  +1 415 733 6000

BRIAN T. BURGESS (*pro hac vice*)
ISABEL M. MARIN (SBN 335691)
*BBurgess@goodwinlaw.com*
*IMarin@goodwinlaw.com*
**GOODWIN PROCTER** LLP
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice*)
**GOODWIN PROCTER** LLP
*JBock@goodwinlaw.com*
*JLempel@goodwinlaw.com*
100 Northern Avenue
Boston, MA 02210
Phone:  +1 617 570 1000

Attorneys for Plaintiffs
ASSOCIATION OF AMERICAN RAILROADS and
AMERICAN SHORT LINE AND REGIONAL RAILROAD
ASSOCIATION

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of California by using the CM/ECF system on **June 13, 2024**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **June 13, 2024**.

                                          */s/ Brian T. Burgess*
                                          BRIAN T. BURGESS