ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
NATALIE E. COLLINS, State Bar No. 338348
MICHAEL S. DORSI, State Bar No. 281865
KATHERINE GAUMOND, State Bar No. 349453
MICAELA M. HARMS, State Bar No. 329552
DYLAN K. JOHNSON, State Bar No. 280858
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0299
  Fax: (510) 622-2270
  E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

HAYES P. HYDE (SBN 308031)
*HHyde@goodwinlaw.com*
GOODWIN PROCTER LLP
525 Market Street, Floor 31
San Francisco, CA 94105

BRIAN T. BURGESS (*pro hac vice*)
ISABEL M. MARIN (SBN 335691)
*BBurgess@goodwinlaw.com*
*IMarin@goodwinlaw.com*
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice*)
*JBock@goodwinlaw.com*
*JLempel@goodwinlaw.com*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASSOCIATION OF AMERICAN RAILROADS** and **AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION**,<br><br>                      Plaintiffs,<br><br>    v.<br><br>**LIANE M. RANDOLPH**, in her official capacity as Chair of the California Air Resources Board; **STEVEN S. CLIFF**, in his official capacity as Executive Officer of the California Air Resources Board; and **ROB BONTA**, in his official capacity as Attorney General of the State of California,<br><br>                      Defendants,<br><br>          and<br><br>**EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE,** and **SIERRA CLUB**, | Case No. 2:23-cv-001154 DJC JDP<br><br>**STIPULATION AND REQUEST FOR ABEYANCE**<br><br>Judge:     Hon. Daniel J. Calabretta<br>Action Filed: June 16, 2023 |

1

Defendant-Intervenors.

YASMINE L. AGELIDIS (SBN 321967)
ADRIANO L. MARTINEZ (SBN 237152)
YAgelidis@earthjustice.org
AMartinez@earthjustice.org
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017

JACLYN H. PRANGE
JPrange@nrdc.org
Natural Resources Defense Council
111 Sutter St., 21 Fl.
San Francisco, CA 94131

ALISON HAHM
AHahm@nrdc.org
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
*Counsel for Defendant-Intervenors*

Defendants LIANE M. RANDOLPH, STEVEN S. CLIFF, and ROB BONTA, in their official capacities (Defendants), Plaintiffs ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION (Plaintiffs), and Defendant-Intervenors EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB (Intervenors) (collectively, the "Parties"), hereby submit this stipulation and request for abeyance.

**RECITALS**

WHEREAS, on June 16, 2023, Plaintiffs filed their complaint challenging the California Air Resources Board's (CARB) In-Use Locomotive Regulation (Regulation), California Code of Regulations, title 13, Chapter 9, Article 8, Sections 2478 through 2478.17;

WHEREAS, on November 7, 2023, CARB submitted the Regulation to the U.S. Environmental Protection Agency (EPA) seeking authorization of the Regulation pursuant to Section 209(e)(2)(A) of the Clean Air Act;

WHEREAS on September 30, 2024 (ECF 77), the Court granted summary judgment to Defendants as to Plaintiffs' challenges to the Regulation's Idling Requirements found in sections 2478.9(a), (b), (c)(1), (d), and (e) on the basis of standing, found that Plaintiffs have standing to challenge sections 2478.9(c) and (c)(2), and issued an order staying Plaintiffs' challenge to sections 2478.9(c) and (c)(2), 2478.11, and 2478.12 pending a decision from the EPA on CARB's Section 209(e)(2)(A) authorization request;

WHEREAS, on January 13, 2025, CARB withdrew its authorization request to EPA;

WHEREAS, the Parties met and conferred on several occasions to discuss how this case should proceed in light of CARB's withdrawal of its authorization request;

WHEREAS, the Parties have reached an agreement that is anticipated to resolve this litigation but will require time to execute;

WHEREAS the Parties have entered into a Memorandum of Understanding to hold a series of working groups to discuss potential ways to reduce emissions from rail activities, on a voluntary basis, in the State of California.

## STIPULATION AND REQUEST FOR ABEYANCE

THEREFORE, IT IS HEREBY STIPULATED among the Parties, through their respective counsel, as follows:

1. In their official capacities, Defendants Randolph and Cliff agree that CARB will propose to repeal the Regulation in full with an Initial Statement of Reasons to be published by May 30, 2025, a public hearing to be held by September 1, 2025, and submission to California's Office of Administrative Law (OAL) for approval by January 1, 2026.

2. Plaintiffs agree that if OAL approves the repeal by May 30, 2026, Plaintiffs will voluntarily dismiss their complaint against all Defendants via stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 15 days of when the rescission becomes effective under state law.

3. In the event the case is voluntarily dismissed, the Parties agree they shall each bear their own costs and attorneys' fees.

4. The Parties agree that if OAL has not approved the repeal by May 30, 2026, the Parties will submit a joint report within 30 days advising the Court how the Parties propose to proceed.

5. Defendants agree that, as they undertake the process for repeal, they will not take any enforcement action under the Regulation against Plaintiffs or Plaintiffs' members, or otherwise hold Plaintiffs or Plaintiffs' members subject to any of the Regulation's provisions, from the date of this stipulation until May 30, 2026.

6. The Parties agree that this action shall be held in abeyance pending the filing of a stipulation to dismiss or a joint report, as specified above.

**IT SO ORDERED.**

Dated: April 17, 2025          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE


                               Respectfully submitted,

Dated: April 16, 2025          By: */s/ Dylan K. Johnson*
                               DYLAN K. JOHNSON (SBN 280858)
                               Deputy Attorney General

                               ROB BONTA (SBN 202668)
                               Attorney General of California
                               MYUNG J. PARK (SBN 210866)
                               Supervising Deputy Attorney General
                               NATALIE E. COLLINS (SBN 338348)
                               MICHAEL S. DORSI (SBN 281865)
                               KATHERINE GAUMOND (SBN 349453)
                               MICAELA M. HARMS (SBN 329552)
                               DYLAN K. JOHNSON (SBN 280858)
                               Deputy Attorneys General
                               1515 Clay Street, 20th Floor
                               P.O. Box 70550
                               Oakland, CA 94612-0550
                               Tel.: (510) 879-0299
                               Elaine.Meckenstock@doj.ca.gov

                               *Attorneys for Defendants*

                               */s/ Hayes P. Hyde* (as authorized on April 15, 2025)
                               HAYES P. HYDE (SBN 308031)
                               *HHyde@goodwinlaw.com*
                               GOODWIN PROCTER LLP
                               525 Market Street, Floor 31
                               San Francisco, CA 94105
                               Tel.: (415) 733-6000

|  |  |
|---|---|
| 1 | BRIAN T. BURGESS (*pro hac vice*) |
| 2 | ISABEL M. MARIN (SBN 335691) |
|   | *BBurgess@goodwinlaw.com* |
| 3 | *IMarin@goodwinlaw.com* |
|   | GOODWIN PROCTER LLP |
| 4 | 1900 N Street NW |
|   | Washington, DC 20036 |
| 5 | Tel.: (202) 346-4000 |

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice*)
*JBock@goodwinlaw.com*
*JLempel@goodwinlaw.com*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000

*Attorneys for Plaintiffs*

/s/ Yasmine L. Agelidis (as authorized on April 15, 2025)

YASMINE L. AGELIDIS (SBN 321967)
ADRIANO L. MARTINEZ (SBN 237152)
YAgelidis@earthjustice.org
AMartinez@earthjustice.org
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
Tel.: (415) 217-2000

JACLYN H. PRANGE
JPrange@nrdc.org
Natural Resources Defense Council
111 Sutter St., 21 Fl.
San Francisco, CA 94131
Tel.: (415) 875-6100

ALISON HAHM
AHahm@nrdc.org
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
Tel.: (310) 434-2300

*Counsel for Defendant-Intervenors*