| | |
|---|---|
| HAYES P. HYDE (SBN 308031)<br>HHyde@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>525 Market Street, Floor 31<br>San Francisco, CA 94105<br><br>BRIAN T. BURGESS (*pro hac vice*)<br>ISABEL M. MARIN (SBN 335691)<br>BBurgess@goodwinlaw.com<br>IMarin@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>1900 N Street NW<br>Washington, DC 20036<br><br>JORDAN F. BOCK (SBN 321477)<br>JESSE LEMPEL (*pro hac vice*)<br>JBock@goodwinlaw.com<br>JLempel@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>*Attorneys for Plaintiffs* | ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MYUNG J. PARK, State Bar No. 210866<br>Supervising Deputy Attorney General<br>NATALIE E. COLLINS, State Bar No. 338348<br>MICHAEL S. DORSI, State Bar No. 281865<br>KATHERINE GAUMOND, State Bar No. 349453<br>MICAELA M. HARMS, State Bar No. 329552<br>DYLAN K. JOHNSON, State Bar No. 280858<br>M. ELAINE MECKENSTOCK, State Bar No. 268861<br>Deputy Attorney General<br>  1515 Clay Street, 20th Floor<br>  P.O. Box 70550<br>  Oakland, CA  94612-0550<br>  Telephone:  (510) 879-0299<br>  Fax:  (510) 622-2270<br>  E-mail:  Elaine.Meckenstock@doj.ca.gov<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>LAUREN SANCHEZ, in her official capacity as Chair of the California Air Resources Board; STEVEN S. CLIFF, in his official capacity as Executive Officer of the California Air Resources Board; and ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendants,<br><br>and<br><br>EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB, | Case No. 2:23-cv-001154-DJC-JDP<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:        Hon. Daniel J. Calabretta<br>Action Filed: June 16, 2023 |

|   |   |
|---|---|
| 1 |   |
| 2 | Defendant-Intervenors. |
| 3 |   |

Y<small>ASMINE</small> L. A<small>GELIDIS</small> (SBN 321967)
A<small>DRIANO</small> L. M<small>ARTINEZ</small> (SBN 237152)
YAgelidis@earthjustice.org
AMartinez@earthjustice.org
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017

J<small>ACLYN</small> H. P<small>RANGE</small>
JPrange@nrdc.org
Natural Resources Defense Council
111 Sutter St., 21 Fl.
San Francisco, CA 94131

A<small>LISON</small> H<small>AHM</small>
AHahm@nrdc.org
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
*Counsel for Defendant-Intervenors*

Defendants LAUREN SANCHEZ,[1] STEVEN S. CLIFF, and ROB BONTA, in their official capacities (Defendants), Plaintiffs ASSOCIATION OF AMERICAN RAILROADS and AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION (Plaintiffs), and Defendant-Intervenors EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE, PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, and SIERRA CLUB (Intervenors) (collectively, the "Parties"), hereby submit this stipulation of voluntary dismissal.

**RECITALS**

WHEREAS, on June 16, 2023, Plaintiffs filed their complaint challenging the California Air Resources Board's (CARB) In-Use Locomotive Regulation (Regulation), California Code of Regulations, title 13, Chapter 9, Article 8, Sections 2478 through 2478.17;

WHEREAS, on November 7, 2023, CARB submitted the Regulation to the U.S. Environmental Protection Agency (EPA) seeking authorization of the Regulation pursuant to Section 209(e)(2)(A) of the Clean Air Act;

WHEREAS on September 30, 2024 (ECF 77), the Court granted summary judgment to Defendants as to Plaintiffs' challenges to the Regulation's Idling Requirements found in sections 2478.9(a), (b), (c)(1), (d), and (e) on the basis of standing; found that Plaintiffs have standing to challenge sections 2478.9(c) and (c)(2); and issued an order staying Plaintiffs' challenge to sections 2478.9(c) and (c)(2), 2478.11, and 2478.12 pending a decision from the EPA on CARB's Section 209(e)(2)(A) authorization request;

WHEREAS, on January 13, 2025, CARB withdrew its authorization request to EPA;

WHEREAS, on April 16, 2025 (ECF 86), the Parties filed a stipulation and request for abeyance providing the parties' agreement to voluntarily dismiss this action upon

---

[1] Chair Lauren Sanchez, whose term began October 1, 2025, succeeded former Chair Liane Randolph. Chair Sanchez is therefore automatically substituted for former Chair Randolph. Fed. R. Civ. P. 25(d).

CARB's repeal of the Regulation and approval by California's Office of Administrative Law (OAL) within 15 days of when the rescission becomes effective;

WHEREAS, on April 18, 2025 (ECF 87), this Court granted the Parties' stipulation and request for abeyance;

WHEREAS, CARB proposed to repeal the Regulation with an Initial Statement of Reasons published on April 29, 2025;

WHEREAS, on June 26, 2025 CARB approved the repeal of the Regulation;

WHEREAS, on September 12, 2025 CARB submitted the repeal of the Regulation to OAL for approval;

WHEREAS, on October 24, 2025, OAL approved the repeal of the Regulation;

WHEREAS, by operation of state law, repeal of the Regulation became effective January 1, 2026, resulting in rescission of the Regulation.

**STIPULATION OF DISMISSAL**

THEREFORE, IT IS HEREBY STIPULATED among the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their respective counsel as follows:

1. That the above-captioned action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and
2. That each party bears its own attorneys' fees and costs incurred in connection with the above-captioned action.

**IT IS SO ORDERED.**

Dated:  January 5, 2026         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: January 5, 2026 | By: /s/ *Hayes P. Hyde* |
| | HAYES P. HYDE (SBN 308031) |
| | *HHyde@goodwinlaw.com* |
| | GOODWIN PROCTER LLP |
| | 525 Market Street, Floor 31 |
| | San Francisco, CA 94105 |
| | Tel.: (415) 733-6000 |

BRIAN T. BURGESS (*pro hac vice*)
ISABEL M. MARIN (SBN 335691)
*BBurgess@goodwinlaw.com*
*IMarin@goodwinlaw.com*
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
Tel.: (202) 346-4000

JORDAN F. BOCK (SBN 321477)
JESSE LEMPEL (*pro hac vice*)
*JBock@goodwinlaw.com*
*JLempel@goodwinlaw.com*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000

*Attorneys for Plaintiffs*

/s/ M. Elaine Meckenstock (as authorized on January 5, 2026)
M. ELAINE MECKENSTOCK (SBN 268861)
Deputy Attorney General

ROB BONTA (SBN 202668)
Attorney General of California
MYUNG J. PARK (SBN 210866)
Supervising Deputy Attorney General
NATALIE E. COLLINS (SBN 338348)
MICHAEL S. DORSI (SBN 281865)
KATHERINE GAUMOND (SBN 349453)
MICAELA M. HARMS (SBN 329552)
DYLAN K. JOHNSON (SBN 280858)
Deputy Attorneys General
1515 Clay Street, 20th Floor

1
2  P.O. Box 70550
   Oakland, CA 94612-0550
3  Tel.: (510) 879-0299
   Elaine.Meckenstock@doj.ca.gov
4
   *Attorneys for Defendants*
5
   /s/ Yasmine L. Agelidis (as authorized on January 5, 2026)
6
7  YASMINE L. AGELIDIS (SBN 321967)
   ADRIANO L. MARTINEZ (SBN 237152)
   YAgelidis@earthjustice.org
8  AMartinez@earthjustice.org
   Earthjustice
9  707 Wilshire Blvd., Suite 4300
   Los Angeles, CA 90017
10 Tel.: (415) 217-2000

11 JACLYN H. PRANGE
   JPrange@nrdc.org
12 Natural Resources Defense Council
   111 Sutter St., 21 Fl.
13 San Francisco, CA 94131
   Tel.: (415) 875-6100
14
15 ALISON HAHM
   AHahm@nrdc.org
   Natural Resources Defense Council
16 1314 2nd Street
   Santa Monica, CA 90401
17 Tel.: (310) 434-2300

18 *Counsel for Defendant-Intervenors*
19
20
21
22
23
24
25
26
27
28